# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160566(27)

TIA CORPORATION,
            Plaintiff-Appellee,

v

PEACEWAYS and FREDERICK C. ROESTI,
            Defendants-Appellants.
_____/

SC: 160566
COA: 348696
Calhoun CC: 2017-000014-CH

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 15, 2020.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019



Clerk